JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL TORRES,<br><br>     Petitioner,<br><br> v.<br><br>LEANNA LUNDY,<br><br>     Respondent. | Case No. 2:25-cv-02953-JGB-MAA<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

  IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  December 17, 2025

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE